764 A.2d 47

**JWP/HYRE ELECTRIC COMPANY OF INDIANA, INC., an Indiana Corporation**

v.

**EICHLEAY CORPORATION, a Delaware Corporation**

v.

**Wheeling–Nisshin, Inc., a Delaware Corporation.**

**Appeal of Eichleay Corporation, a Delaware Corporation.**

Supreme Court of Pennsylvania.

Argued March 7, 2000.

Decided Jan. 17, 2001.

David E. White, George P. Faines, Pittsburgh, for Eichleay Corp.

Arthur H. Stroyd, Jack B. Cobetto, Pittsburgh, for Wheeling-Nisshin, Inc.

Lee C. Davis, Michael C. Castellon, Atlanta, GA, Robert L. Byer, Brian S. Rudick, Pittsburgh, for JWP/HYRE.

Christopher R. Opalinski, Jarrell D. Wright, Pittsburgh, LeRoy S. Zimmerman, Harrisburg, for Sylvan Indus. Piping.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

**AND NOW,** this 17th day of January, 2001, the appeal is dismissed as having been improvidently granted. The Motion to Dismiss Pursuant to Pa.R.A.P.1972(5) is hereby DENIED.